**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO.  2:23-MJ-661** |
| **SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS** | **MAGISTRATE JUDGE DEAVERS** |

<u>**MOTION TO UNSEAL WITH REDACTIONS**</u>

The United States of America, by and through undersigned counsel, respectfully requests that the above captioned case be unsealed in part, as described below.

The undersigned counsel has reviewed the materials filed in this matter consistent with Southern District of Ohio General Order 23-03 (dated August 28, 2023) and submits that the unsealing of certain documents in this case will not disclose the identities of minors, victims, or cooperating individuals. However, the United States asserts that the Application for a Search Warrant, Affidavit, Search Warrant, and Search Warrant Return contain the names of potential uncharged co-conspirators and/or witnesses. Therefore, the United States respectfully requests that the original Application for a Search Warrant, Affidavit, Search Warrant, and Search Warrant Return be permanently sealed.

The United States also hereby submits versions of these same documents, attached hereto as Exhibits A through D, which have been redacted to protect the identification of victims and that can be filed on the unsealed, public docket for this matter.

Respectfully submitted,
KENNETH L. PARKER
United States Attorney

*s/Emily Czerniejewski*
_____
EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 406-3572
E-mail: Emily.Czerniejewski@usdoj.gov