# EXHIBIT A

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Information, including the content of communications, associated with the Facebook account assigned the Facebook User ID ▓▓▓▓▓▓▓▓ that is stored at the premises controlled by Meta Platforms, Inc.

Case No. 2:23-mj-661

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A

located in the Northern District of California, there is now concealed *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591 and 1594 | Sex Trafficking by Force, Fraud or Coercion/Conspiracy to Commit Sex Trafficking |
| 21 U.S.C. § 841 | Distribution and Possession with Intent to Distribute Controlled Substances |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

HSI TFO Brandon Harmon
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime

Date: November 27, 2023

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge